# Court of Appeals
# of the State of Georgia

ATLANTA,  August 18, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0026.  IN THE INTEREST OF E.D.B., et al., CHILDREN (FATHER).**

On August 18, 2025, Applicant Shaswava Montavius Parks requests an extension of time in which to file an application for discretionary review of a July 15, 2025 order terminating his parental rights. As Parks acknowledges, his application was due on August 14, 2025. See OCGA § 5-6-35 (d); Court of Appeals Rule 31 (a). Pursuant to Court of Appeals Rule 31 (h), "[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date." Accord Court of Appeals Rule 16 (c); see also *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016). This request for an extension of time is untimely and is therefore DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/18/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.